UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON W. KELLER,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.  2:25-cv-1744 AC<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

Pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;
2. The Clerk of Court is directed to issue a summons for this case;
3. In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows.  Once a summons is issued, the

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

1 | Clerk of Court shall deliver to the Commissioner of Social Security
2 | Administration and the United States Attorney's Office at their designated email
3 | addresses a notice of electronic filing of the action along with the summons and
4 | complaint.  The Commissioner has agreed not to raise a defense of insufficient
5 | service of process if provided with notice of a complaint as detailed in this order.
6 | This order is not intended to prevent parties from making any other motions that
7 | are appropriate under the Federal Rules of Civil Procedure; and

8     4.     The Clerk of Court is DIRECTED to issue a scheduling order in this case.

9     IT IS SO ORDERED.

10 DATED: June 23, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE