Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff
JASON W. KELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| JASON W. KELLER,<br><br>   Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendants. | Case No. 2:25-cv-01744-AC<br><br>~~PROPOSED~~ ORDER AND STIPULATION EXTENDING TIME |

Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the Scheduling Order [ECF No. 5] should be modified and that good cause supports the extension of time.

Plaintiff's time to file an opening brief/motion for summary judgment should be extended 45 days from **September 20, 2025**, to **November 4, 2025**, all other deadlines to be determined by reference to the Court's scheduling order and the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) order.

The administrative record was filed August 20, 2025 [ECF No. 10].

This is Plaintiff's **first request to extend time** and modify the Scheduling Order. Good cause supporting the extension of the filing deadline includes that Plaintiff's counsel has been unable to

complete review of the over 1,100-page administrative record to draft Plaintiff's opening brief to the professional standards of the Court despite diligence and the interruption of normal operations by the staff vacations.

This request is made by Plaintiff in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, September 24, 2025:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| WEEMS LAW OFFICES | EDWARD ALAN OLSEN, <br>  U.S. Attorney <br> MATTHEW PILE <br>  Associate General Counsel <br>  Office of the General Counsel, SSA <br>  Office of Program Litigation, Office 7 <br> Christopher Vieira <br>  Special Assistant United States Attorney |
| */s/Robert C. Weems* <br> Robert C. Weems, <br> Attorney for Plaintiff | By: */s/Christopher Vieira* <br> CHRISTOPHER VIEIRA, <br> Special Assistant United States Attorney <br> and Attorney for the Defendant <br> (per email authorization) |

**SO ORDERED:**

DATE: September 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE