Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
1020 B Street
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff
JASON W. KELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| JASON W. KELLER,<br><br>     Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendants. | Case No. 2:25-cv-01744-AC<br><br>~~PROPOSED~~ ORDER AND STIPULATION EXTENDING TIME |

Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the Scheduling Order [ECF No. 5] should be modified and that good cause supports the extension of time.

Plaintiff's time to file an opening brief/motion for summary judgment should be extended 21 days from **January 5, 2026**, to **January 26, 2026**, all other deadlines to be determined by reference to the Court's scheduling order and the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) order.

The administrative record was filed August 20, 2025 [ECF No. 10].

This is Plaintiff's fourth request to extend time and modify the Scheduling Order. Good cause supporting the extension of the filing deadline includes that Plaintiff's counsel has been unable to

1

1  complete a draft of Plaintiff's opening brief to the professional standards of the Court despite

2  diligence due to the length of the administrative record and errors discovered in the draft motion, and

3  that in another matter counsel had an opening brief struck putting unanticipated demands on

4  counsel's time and interfering with his ability to complete briefing here.

5         This request is made by Plaintiff in good faith, without dilatory motive, and not for purposes

6  of undue delay or to prejudice the interest of any party.

7   SO STIPULATED AND AGREED, January 8, 2026:

8   FOR PLAINTIFF:                                FOR DEFENDANT:

9   WEEMS LAW OFFICES                             ERIC GRANT,
                                                    United States Attorney
10                                                MATTHEW PILE
                                                    Associate General Counsel
11                                                  Office of the General Counsel, SSA
                                                    Office of Program Litigation, Office 7
12                                                CHRISTOPHER VIEIRA
13                                                  Special Assistant United States Attorney

14
     /s/Robert C. Weems                  By:     /s/Christopher Vieira
15   Robert C. Weems,                            CHRISTOPHER VIEIRA,
     Attorney for Plaintiff                      Special Assistant United States Attorney
16                                               and Attorney for the Defendant
                                                 (per email authorization)
17

18

19   DATED: January 8, 2026

20                                               ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28